IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-2196-RBJ

Joshua Prieto,
    Plaintiff,

v.

Saint Vrain Research, LLC, Ryan Lynch and Jeremy Widmann,
    Defendants.

---

## JOINT STIPULATION OF DISMISSAL

---

COME NOW Plaintiff Joshua Prieto and Defendants Vrain Research, LLC, Ryan Lynch and Jeremy Widmann, by and through their undersigned counsel, and for their Joint Stipulation of Dismissal with Prejudice, hereby state as follows:

1. Plaintiff brought this action against Defendants alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, the Colorado Wage Act, C.R.S. § 8-4-101, et seq. ("CWA"), and the Colorado Minimum Wage Order No. 34, 7 C.C.R. § 1103-1 ("CMWO").

2. After arms-length negotiations in which Plaintiff and Defendants were both represented by counsel, Plaintiff and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3. The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The Court has not certified a collective action class, nor does the parties' agreement purport to resolve any claims on behalf of any class.

5. The parties wish for their agreement to remain private and do not wish for any reasonableness review to occur. Because Plaintiff and Defendants desire to keep their settlement agreement confidential, if the Court desires to review the terms of the settlement agreement, Plaintiff and Defendants ask for leave to submit the agreement to the Court for review *in camera.*

6. The parties hereby stipulate to the dismissal of this action with prejudice*.*

Respectfully submitted,

**PLAINTIFF JOSHUA PRIETO**

SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford, Suite 411
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ April Rhéaume*
April Rhéaume
Ark. Bar No. 2015208
april@sanfordlawfirm.com

Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com

and   **DEFENDANTS SAINT VRAIN RESEARCH, LLC, RYAN LYNCH AND JEREMY WIDMANN**

THE FERNANDEZ LAW FIRM, PC
728 Coffman Street
Longmont, Colorado 80501
Telephone (303) 772-8900

*/s/ Jay E. Fernandez*
Jay E. Fernandez
Col. Bar No. 26035
jay@fernandezlaw.biz